UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Kristian Maria Escobar<br>DEFENDANT(S). | CASE NUMBER<br>11-3081 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __the Government__, IT IS ORDERED that a detention hearing is set for __1/3__, __2012__, at __12:00__ ☐a.m. / ☑p.m. before the Honorable __Margaret Nagle__, in Courtroom __590__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __12/29/11__         __Margaret A. Nagle__
                            U.S. ~~District Judge~~/Magistrate Judge